Case 4:21-cr-00070   Document 1   Filed on 02/24/21 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
FILED
*February 24, 2021*
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| VS. | § CRIMINAL NO. H-21-cr-70 |
| JOHN LINDSEY FOLLIS, II<br>JESSICA LYN JACOBS | § |

### INDICTMENT

The United States Grand Jury charges:

### COUNT 1
### (Conspiracy - 18 U.S.C. §371)

Beginning on or about November 1, 2019, and continuing at least through February 6, 2020, in the Houston Division of the Southern District of Texas, and elsewhere,

**JOHN LINDSEY FOLLIS, II, and
JESSICA LYN JACOBS,**

Defendants herein, did knowingly, combine, conspire, confederate and agree with each other and other persons known and unknown to the grand jury to counterfeit, alter, forge and falsely make Federal Reserve Notes, with intent to defraud, in violation of Title 18, United States Code, Section 471.

In furtherance of the conspiracy, and to effect the objects thereof, the defendants performed and caused to be performed, among others, the overt acts set forth in Counts Two through Five of this Indictment, hereby re-alleged and incorporated as if fully set forth in this Count of the Indictment.

In violation of Title 18, United States Code, Section 371.

## COUNTS 2-5
### (Counterfeiting United States Currency - 18 U.S.C. §471)

From on or about November 1, 2019, through on or about February 6, 2020, in the Houston Division of the Southern District of Texas, and elsewhere,

**JOHN LINDSEY FOLLIS, II, and**
**JESSICA LYN JACOBS,**

Defendants herein, with intent to defraud, did counterfeit, alter, forge and falsely make an obligation of the United States, namely, a Federal Reserve Note as described in the counts below:

| COUNT | DENOMINATION OF BILL | SERIAL NUMBER |
|---|---|---|
| **TWO** | $20 | MK38406067G |
| **THREE** | $20 | ML83888317J |
| **FOUR** | $50 | EE00000000T |
| **FIVE** | $50 | EE00000000T |

In violation of Title 18, United States Code, Section 471 and 2.

TRUE BILL

Original Signature on file
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney

JAY HILEMAN
Assistant United States Attorney